**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

KIM BROWN on Behalf of PATRICK WALKER, a minor, Plaintiff,

v.

OFFICER DIANA COLEMAN et al., Defendants.

Case Number:
FILED: MAY 7, 2008
08 CV 2637     JH
JUDGE MANNING
MAGISTRATE JUDGE ASHMAN

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff Kim Brown

| | |
|---|---|
| NAME (Type or print) <br> Rachelle Sorg | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Rachelle Sorg | |
| FIRM <br> HORWITZ, RICHARDSON & BAKER, LLC | |
| STREET ADDRESS <br> 20 S. Clark St., Suite 500, Chicago, Illinois 60603 | |
| CITY/STATE/ZIP <br> Chicago, IL 60603 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6287455 | TELEPHONE NUMBER <br> (312) 676-2100 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐   NO ☑ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | |