### United States District Court for the Northern District of Illinois
Revised 03/11/2008

Case Number: 08CV2637

Assigned/Issued By: J. N.

Judge Name: MANNING

Designated Magistrate Judge: ASHMAN

---

## FEE INFORMATION

**Amount Due:**   [✓] $350.00   [ ] $39.00   [ ] $5.00

[ ] IFP   [ ] No Fee   [ ] Other _____

[ ] $455.00

Number of Service Copies _____   Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: 350 _____   Receipt #: 2758280 _____

Date Payment Rec'd: 5-7-08 _____   Fiscal Clerk: J. N. _____

---

## ISSUANCES

[✓] Summons   [ ] Alias Summons

[ ] Third Party Summons   [ ] Lis Pendens

[ ] Non Wage Garnishment Summons   [ ] Abstract of Judgment

[ ] Wage-Deduction Garnishment Summons

_____
_____
(Victim, Against and $ Amount)

[ ] Citation to Discover Assets

[ ] Other

[ ] Writ _____
(Type of Writ)

_____
_____
(Type of issuance)

3 ____ Original and 0 _____ copies on 5-8-08 _____ as to CITY OF CHICAGO; OFFICER
(Date)
DIANA COLEMAN; OFFICER KEITH IRVIN _____