IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KIM BROWN on Behalf of PATRICK WALKER, a minor,<br><br>    Plaintiff,<br><br>    v.<br><br>OFFICER DIANA COLEMAN, OFFICER KEITH IRVIN, UNKNOWN OFFICERS, and the CITY OF CHICAGO,<br><br>    Defendants. | No. 08-cv-2637<br><br>Judge Manning<br>Magistrate Judge Ashman |

## NOTICE OF MOTION

On September 4, 2008 at 11:00 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Manning in Courtroom 2125 at the Dirksen Building, 219 S. Dearborn, Chicago, Illinois and shall then and there present the attached motion.

## CERTIFICATE OF SERVICE

I hereby certify that on August 27, 2008, pursuant to Fed.R.Civ.P. 5 and the Northern District of Illinois's General Order on Electronic Case Filing, sec. XI, I caused the following documents:

NOTICE OF MOTION AND PLAINTIFF'S MOTION FOR DEFAULT

to be filed electronically with the Clerk of Court through ECF.

I served the motion and notice on the following attorney for the City of Chicago Corporation Counsel via mail and facsimile, as no attorney has yet filed their appearance:

Mara Georges
Corporation Counsel, City of Chicago
30 N. LaSalle, Suite 1400
Chicago, IL 60602
Fax (312) 744-6566

                           s/ Amanda S. Yarusso____
                           HORWITZ, RICHARDSON, & BAKER, LLC.
                           20 South Clark Street, Suite 500
                           Chicago, IL 60603
                           P: (312) 676-2100
                           F: (312) 372-7076