**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of | Case Number: **08 CV 2637** |

**KIM BROWN on behalf of PATRICK WALKER, a minor**

v.

**OFFICER DIANA COLEMAN, OFFICER KEITH IRVIN, UNKNOWN OFFICERS, and CITY OF CHICAGO,**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

**OFFICER DIANA COLEMAN, OFFICER KEITH IRVIN and CITY OF CHICAGO**

| |
|---|
| NAME (Type or print) |
| **Terrence M. Burns** |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| **s/ Terrence M. Burns (ARDC #3122331)** |
| FIRM |
| **Dykema Gossett PLLC** |
| STREET ADDRESS |
| **10 S. Wacker Drive, Suite 2300** |
| CITY/STATE/ZIP |
| **Chicago, IL 60606** |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| ARDC No. 3122331 | (312) 876-1700 |

| | |
|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☒ NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☒ NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☒ NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐

**CERTIFICATE OF SERVICE**

I hereby certify that on **August 28, 2008**, I electronically filed the foregoing **Notice of Attorney Appearance** with the Clerk of the Court using the ECF system, which sent electronic notification of the filing on the same day to:

Blake Wolfe Horwitz
Horwitz, Richardson & Baker, LLC
20 S. Clark Street
Suite 500
Chicago, IL 60603
(312) 676-2100
(312) 372-7076 (Fax)

                                       s/Terrence M. Burns  (ARDC No. 3122331)
                                       Terrence M. Burns